JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ARIAS, | Case No. CV 23-7256 PA (BFMx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BL CUSTOM UPHOLSTERY, CORP; and LEOPOLDO BASURTO GARZA, | |
| Defendants. | |

In accordance with the Court's January 18, 2024 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: January 18, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE